FILED
CLERK, U.S. DISTRICT COURT

December 1, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SHAWN L. HOLIDAY,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCISCO J. QUINTANA et al.,<br><br>    Defendant. | No. ED CV 13-01543-CAS (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS HEREBY ORDERED that:

1.    The Report and Recommendation is approved and accepted.

///

///

///

2. Defendant's Second Amended Complaint is dismissed without leave to amend.

3. Judgment shall be entered dismissing this case with prejudice.

Dated: November 25, 2015

_____
CHRISTINA A. SNYDER
United States District Judge