JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

December 1, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SHAWN L. HOLIDAY, | No. ED CV 13-01543-CAS (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| FRANCISCO J. QUINTANA et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

Dated: November 25, 2015

_____
CHRISTINA A. SNYDER
United States District Judge